# Court of Appeals
# of the State of Georgia

ATLANTA, __January 10, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0688.  CARTEZ LAMAR ROBINSON v. THE STATE.**

Cartez Lamar Robinson filed this direct appeal from the trial court's order denying his motion for a rehearing following the revocation of his probation. Because the underlying subject matter of Robinson's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  His failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/10/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*